## THE PEOPLE OF THE STATE OF ILLINOIS, *ex rel.*
## RUFUS C. LAWRENCE,

### *v.*

## THE BOARD OF SUPERVISORS OF CLARK COUNTY.

This was an application for a peremptory writ of mandamus, upon the same state of facts upon which the alternative writ was sought to be sustained in the preceding case.

Mr. JOHN SCHOLFIELD, for the relator.

Mr. O. B. FICKLIN, for the respondents.

Mr. CHIEF JUSTICE BREESE: This case differs in no respect from the last preceding case, save in this:

This is an application to this court, in the exercise of its original jurisdiction, to award a peremptory writ of mandamus, the alternative writ being waived, and the relator in this case is Rufus C. Lawrence.

The facts are identical, and the judgment must be, a denial of the writ, for the reasons given in the former case.

*Mandamus refused.*